UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

S.F. *et al.*,

                               Plaintiffs,

                -v-

NEW YORK CITY DEPARTMENT OF EDUCATION,

                               Defendant.

21 Civ. 11147 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At yesterday's conference, the Court approved the following briefing schedule for plaintiffs' motion for summary judgment:

- On July 28, 2022, plaintiffs' opening brief in support,
- On August 15, 2022, defendant's brief in opposition, and
- On September 8, 2022, plaintiffs' reply brief in support.

The parties are further directed to submit the full record for consideration on such motion by July 12, 2022.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      PAUL A. ENGELMAYER
                                                      United States District Judge

Dated: June 17, 2022
       New York, New York