UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                    :
S.F., *et al.*,                                                     :
                                                                    :     21 Civ. 11147 (PAE)
                                          Plaintiffs,               :
                                                                    :     ORDER
                  -v-                                               :
                                                                    :
NEW YORK CITY DEPARTMENT OF EDUCATION,                              :
                                                                    :
                                          Defendant.                :
                                                                    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

      On July 22, 2022, the Court granted the parties' joint request for a 60-day extension of their briefing deadline. Dkt. 26. Plaintiffs' fees motion was due September 26, 2022, but no motion was filed. The Court directs the parties to submit a joint status update by October 7, 2022, and instructs them to heed the Court's deadlines in the future.

      SO ORDERED.

*Paul A. Engelmayer*
_____
Paul A. Engelmayer
United States District Judge

Dated: October 3, 2022
       New York, New York