

William T. DeVinney
Direct Dial: (703) 942-8076
wdevinney@brigliahundley.com

November 16, 2022

<u>*Delivered Via ECF and Overnight Delivery*</u>

Hon. Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *S.F. et al v. New York City Department of Education*,
              Case No. 1:21-cv-11147-PAE

Judge Engelmayer,

I am counsel for Plaintiffs in *S.F. et al v. New York City Department of Education*, Case No. 1:21-cv-11147-PAE. Plaintiffs' motion for attorneys' fees is to be filed today. Plaintiffs request, under the Court's Individual Practice 4.B.2, that the Court allow the Plaintiffs to submit Exhibit A and Exhibit B to their motion under seal.

The Plaintiffs make this request because the exhibits contain confidential information regarding a minor's name, medical disability, and the treatment he receives for that disability, throughout the documents. Courts in this circuit regularly allow medical information or records to be filed under seal, finding that parties have a strong privacy interest in their medical information. *See, e.g., McGuirk v. Swiss Re Fin. Servs. Corp.*, No. 14-cv-9516, 2015 U.S. Dist. LEXIS 197814, 2015 WL 13661685, at *1 (S.D.N.Y. Mar. 30, 2015) ("Medical information is among the types of information often made subject to a sealing order."); *Dilworth v. Goldberg*, No. 10—CV-2224 JMF, 2014 U.S. Dist. LEXIS 106258, 2014 WL 3798631, at *2 (S.D.N.Y. Aug. 1, 2014) ("Exhibits S, T, and Z were properly redacted, as they comprised Plaintiff's private medical records.").

Thank you.

Sincerely,

*William DeVinney*

William T. DeVinney
BRIGLIA HUNDLEY, P.C.

Granted. SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge
November 17, 2022