**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
S.F. and R.L., individually and on behalf of N.F.-L.,

                          Plaintiff,                        20 **CIVIL** 11147(PAE)

        -against-                             **JUDGMENT**
                                          **For Attorney's Fees and Costs**
NEW YORK CITY DEPARTMENT OF EDUCATION.,

                          Defendant.
-------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion & Order dated July 13, 2023, the Court awards plaintiffs a total of

$43,084.06 in reasonable attorneys' fees and costs, along with post-judgment interest. The Clerk

of Court is respectfully directed to enter judgment in plaintiffs' favor for $43,084.06 with post-

judgment interest. Accordingly the case is closed.

**Dated:**  New York, New York

      July 14, 2023

                                         **RUBY J. KRAJICK**

                                   _____
                                        **Clerk of Court**

**BY:**                               _____
                                         **Deputy Clerk**